FITZSIMMONS et al. v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit.	October 7, 1907.)

No. 1,341.

In Error to the District Court of the United States for the Southern District of California.

Walter R. Bacon, for plaintiffs in error.

Oscar Lawler, U. S. Atty.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

GILBERT, Circuit Judge. This case is in all respects similar to the case of Orlando K. Fitzsimmons v. United States, 156 Fed. 477, and presents upon the writ of error the questions of law which were under consideration in that case.

The judgment of the District Court is affirmed.